| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TIMOTHY M. SELMON, §
   §
    Plaintiff, §
   §
versus § CIVIL ACTION NO. 1:22-CV-153
   §
WARDEN DOBBS, §
   §
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Timothy M. Selmon, proceeding *pro se*, filed the above-styled lawsuit.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  No objections were filed to the Report and Recommendation.

### ORDER

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** as the opinion of the court.  An appropriate final judgment will be entered.

Signed this date
Aug 16, 2022

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE